# AFFIDAVIT

I, Brandon Burnham, being duly sworn, depose and state the following:

# INTRODUCTION

1. I am a Special Agent of the Drug Enforcement Administration (DEA), assigned to the Detroit Field Division, Columbus District Office. As such, I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18 United States Code, Section 2516(1). During this time, your affiant has accumulated the following training and experience:

    a. I graduated from the DEA Academy located in Quantico, Virginia in 2024. I received approximately 16 weeks of specialized narcotics related training. The training included controlled substances identification, narcotics related investigative techniques, interview and interrogation training, preparation of search warrants, tactical application of narcotics enforcement, surveillance and electronic monitoring techniques, and money laundering investigations.

    b. As a DEA agent, I have participated in the execution of search warrants at residences of narcotics traffickers, safe houses, and have participated in several search warrants and investigations for drug related offenses.

    c. As a DEA agent, I have participated in investigations targeting

1

individuals and organizations trafficking cocaine and fentanyl, and its analogues, methamphetamine and other controlled substances as defined in 21 U.S.C. § 801.

  d. During the course of my law enforcement career, I Have had experience in debriefing defendants, interviewing participating witnesses, cooperating individuals, and other person who have personal knowledge and experience regarding the spending, transportation, distribution and concealment of records and proceeds of trafficking in controlled substances.

  e. Before joining DEA, I was a police officer in the City of Utica, New York, City of Fort Wayne, Indiana and Town of Camillus, New York for approximately seven years. During the course of my career as a police officer, I have participated in numerous narcotics investigations, and related search warrants.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## PURPOSE OF AFFIDAVIT

3. This affidavit is made in support of an application for a federal arrest warrant and complaint against **Carlos Alberto JOVEL (JOVEL)**. My knowledge of this investigation is based upon my own personal observations, as well as the observations and investigations conducted by other law enforcement officers and investigators concerning the facts and circumstances involved in the subject investigation. I have not included in this Affidavit all the facts known to me, but

only that information sufficient to establish probable cause to believe that Carlos Alberto **JOVEL** has committed a violation of Title 21, United States Code, Section 841(a)(1), Possession with the Intent to Distribute Cocaine, a Schedule II controlled substance.

### SUMMARY OF PROBABLE CAUSE

4. On October 11, 2024, Troopers with the Ohio State Highway Patrol (hereinafter referred to as OSHP) were conducting routine traffic control on Interstate 70. The Troopers were focusing on the eastbound traffic flow in Madison County, Ohio. A Trooper observed a commercial vehicle with a Carrier US DOT number that revealed two violations. Troopers conducted a traffic stop, on Interstate I-70E at mile marker 74 in the Southern District of Ohio, based on those violations and the driver was identified as Carlos Alberto **JOVEL**.

5. During the course of the traffic stop, Troopers inspected **JOVEL**'s log book and identified multiple discrepancies. During the course of the stop, the OSHP deployed a drug-sniffing K-9 to conduct a free-air sniff of the vehicle. The K-9 gave a positive alert to the odor of drugs emerging from the cab of the truck. The Troopers conducted a probable cause search of the semi-truck as a result. During the search, Troopers located, from the sleeping area of the semi-truck cab under the bed, fifteen (15) "brick-shaped" packages containing a white powdery substance, which later field tested positive for cocaine. Based upon the seizure of drugs, **JOVEL** was detained, read his Miranda rights, and transported to the OSHP West Jefferson Post along with the semi-truck.

3

6. On the same day, investigators with the DEA Columbus District Office (CDO) arrived at the OSHP West Jefferson Post. Investigators noted that the bricks were packaged in a manner consistent with kilogram quantities of cocaine - many of them were tightly wrapped with plastic and/or wrapped with tape, along with many of them being vacuum-sealed and marked with writing. The approximate weight of the suspected cocaine was found to be 17,182 grams. Based on my experience and training, your affiant knows this to be a distribution quantity of drugs.

7. CDO investigators read **JOVEL** his Miranda rights, and **JOVEL** waived these rights both verbally and by signing a Miranda rights waiver. **JOVEL** also signed a declination to have the interview audio and video recorded. **JOVEL** refused to answer any further questions. Carlos Alberto **JOVEL** was transported to the Franklin County Sheriff's Office Jail.

## CONCLUSION

8. Based upon my training, experience and my review of the evidence gathered by agents and other investigators assigned to this investigation, there is probable cause to believe that on October 11, 2024, in the Southern District of Ohio, **JOVEL** knowingly and intentionally possessed with the intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, U.S.C § 841(a)(1) and (b)(1)(C).

4

This affidavit is in support of a request for the issuance of a Federal complaint and Arrest Warrant for **JOVEL**.

_____
Brandon Burnham
Special Agent
Drug Enforcement Administration

## CONCLUSION

Subscribed and sworn to before me
this  11th  day of October 2024.

_____
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE